**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**



FILED

2012 APR -6  AM II: 00

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 12CR0672-LAB |
| Plaintiff, |  |
| vs. | **JUDGMENT OF DISMISSAL** |
| JOSE LUIS PADILLA-VAZQUEZ, |  |
| Defendant. |  |

       IT APPEARING that the defendant is now entitled to be discharged for the reason that:

X    an indictment has been filed in case #12CR1061-LAB against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_    the Court has dismissed the case for unnecessary delay; or

\_\_\_    the Court has granted the motion of the Government for dismissal, without prejudice; or

\_\_\_    the Court has granted the motion of the defendant for a judgment of acquittal; or

\_\_\_    a jury has been waived, and the Court has found the defendant not guilty; or

\_\_\_    the jury has returned its verdict, finding the defendant not guilty;

X    of the offense(s) as charged in the Information:

8:1326(a) and (b) - Attempted Entry After Deportation

       IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: MARCH 28, 2012

Bernard G. Skomal
U.S. Magistrate Judge